# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| KENNETH LEE RUCKER, | ) |
| | ) |
|     PLAINTIFF | ) |
| | ) |
| v. | ) |
| | )   CIVIL NO. 2:13-CV-218-DBH |
| CAROLYN W. COLVIN, ACTING | ) |
| COMMISSIONER, SOCIAL SECURITY | ) |
| ADMINISTRATION, | ) |
| | ) |
|     DEFENDANT | ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On March 31, 2014, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The plaintiff filed an objection to the Recommended Decision on April 17, 2014. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

**DATED THIS 8TH DAY OF MAY, 2014**

                                                          /S/ D. BROCK HORNBY
                                                          **D. BROCK HORNBY**
                                                          **UNITED STATES DISTRICT JUDGE**